# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

IN RE: ALICE G. FORD  CHAPTER 13

CASE NUMBER: 20-11770

## NOTICE OF OBJECTION TO CLAIM

**YOU ARE HEREBY NOTIFIED** that an objection to your claim has been filed in the above referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

**Shallanda J. Clay, Clerk of Court**
**U.S. Bankruptcy Court**
**Northern District of Mississippi**
**703 Highway 145**
**Aberdeen, MS 39730**

and a copy must be served on the undersigned Debtor(s)' attorney and the Chapter 13 trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time and place of the hearing thereon.

**DATED:** October 9, 2020

**CHAPTER 13 STANDING TRUSTEE:**
Locke D. Barkley
P.O. Box 55829
Jackson, MS 39296-5829

/s/ C. Gaines Baker
**C. GAINES BAKER, MBN #8643**
**Attorney for Debtor(s)**

**The Law Office of C. Gaines Baker**
**C. G. Baker Building, Suite One**
**136 Public Square**
**Batesville, MS 38606**
**(662)563-9385**

IN THE UNITED STATES BANKRUPTCY COT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: ALICE G. FORD, DEBTOR

CASE NO.: 20-11770

OBJECTION TO PROOF OF CLAIM
OF PARAMOUNT FINANCIAL GROUP, LLC [Claim #3]

**COMES NOW** Alice G. Ford, Debtor herein, by and through her attorney, C. Gaines Baker, and files this her Objection to the Proof of Claim of Paramount Financial Group, LLC, 10632 N. Scottsdale Rd., B-466, Scottsdale, AZ 85254 and for cause of action would state unto the Court, said claim is overstated, incorrect, and Debtor demands strict proof thereof. Debtor would submit the correct principle amount owed and amount to be paid over the life of the plan is $12,300.00 at 6.75% interest.

**WHEREFORE, PREMISES CONSIDERED**, Debtor prays that the Clerk of this Court receive and file this her Objection and that upon a hearing hereof, the Court enter an Order disallowing the proof of claim as filed and order the claim in the principle amount of $12,300.00 be paid at 6.75% over the life of the plan as an altered mortgage

Debtors pray for general relief.

Alice G. Ford

/s/ C. Gaines Baker
**C. GAINES BAKER, 8643**

**LAW OFFICE OF C. GAINES BAKER**
136 Public Square
C.G Baker Building, Suite One
Batesville, MS 38606
(662) 563-9385

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: ALICE G. FORD**

**CHAPTER 13**
**CASE NUMBER: 20-11770**

## CERTIFICATE OF SERVICE

I, C. Gaines Baker, attorney for debtor(s), do hereby certify that I have this day electronically filed the above and foregoing Notice and Objection to Claim with the Clerk of the United States Bankruptcy Court using the ECF system which sent notification of such filing to the following:

Office of the U.S. Trustee - USTPRegions05.AB.ECF@usdoj.gov
Case Trustee: Locke D. Barkley - sbeasley@barkley13.com

I, C. Gaines Baker, do hereby certify that I have this day forwarded via U.S. Mail, postage pre-paid, or electronic mail, a true and correct copy of the Notice and Objection to Claim to the following:

Creditor - Paramount Financial Group, LLC
10632 N. Scottsdale Rd., B-466
Scottsdale, AZ 85254

Dated: October 9, 2020

/s/ C. Gaines Baker
C. GAINES BAKER, #8643

Law Office of C. Gaines Baker
136 Public Square
C.G. Baker Building, Suite One
Batesville, MS 38606
(662)563-9385